No. 699, Misc.   GILLESPIE *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Marshall* for the United States.

No. 716, Misc.   WHITE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 719, Misc.   CODY *v.* OKLAHOMA ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 723, Misc.   CASIAS ET AL. *v.* COLORADO.   Sup. Ct. Colo.   Certiorari denied.   *Samuel D. Menin* for petitioners.

No. 732, Misc.   BURRIS *v.* TEXAS.   C. A. 5th Cir. Certiorari denied.

No. 734, Misc.   MUSGROVE *v.* ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.   *W. Edward Morgan* for petitioner.   *Darrell F. Smith,* Attorney General of Arizona, and *Gary K. Nelson,* Assistant Attorney General, for respondent.

No. 736, Misc.   KYLE *v.* CLERK, U. S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK.   C. A. 2d Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent.

No. 752, Misc.   SKRMETTI *v.* MARODIS.   Sup. Ct. Miss. Certiorari denied.